# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2530
_____

LITECRETE, INC./SUMMIT
CONSULTING, LLC,

   Appellants,

   v.

EDGAR ZAMBRANO,

   Appellee.

_____


On appeal from an order of the Judge of Compensation Claims.
Margret G. Kerr, Judge.

Date of Accident: April 19, 2014.

March 22, 2018


PER CURIAM.

   AFFIRMED.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

   ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

H. George Kagan of H. George Kagan, P.A., Gulf Stream, for Appellants.

Kimberly A. Hill of Kimberly A Hill, P.L., Fort Lauderdale, for Appellee.